140 A.3d 562

IN THE MATTER OF DAVID N. SAMSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 221991965).

July 28, 2016.

## ORDER

**DAVID N. SAMSON,** formerly of **WEST ORANGE,** who was admitted to the bar of this State in 1965, having pleaded guilty in the United States District Court for the District of New Jersey to an Information charging respondent with knowingly and corruptly

soliciting, demanding, accepting and agreeing to accept something of value, intending to be influenced and rewarded in connection with the business transaction, and a series of transactions of the Port Authority of New York and New Jersey, in violation of Title 18 *U.S.C.* § 666(a)(1)(B);

And **DAVID N. SAMSON** having consented to his temporary suspension from the practice of law pursuant to *Rule* 1:20–13(b)(1);

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DAVID N. SAMSON** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DAVID N. SAMSON** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state; and it is further

ORDERED that **DAVID N. SAMSON** comply with *Rule* 1:20–20 dealing with suspended attorneys.